# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150340(27)(28)(31)

LARRY MARTEZ HOWARD,
      Plaintiff-Appellant,

v

CHIPPEWA CORRECTIONAL FACILITY
WARDEN,
      Defendant-Appellee.

SC: 150340
COA: 322288
Chippewa CC: 12-000778-FH
12-001023-FH

_____/

On order of the Court, the motion for reconsideration of this Court's March 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motions for miscellaneous relief are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015



Clerk

a0622